**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OLIVER JULIEN TOUSSAINT,<br>Petitioner,<br>v.<br>ACTING OR CURRENT WARDEN, FACILITY ADMINISTRATOR GEO GROUP, INC., et al.,<br>Respondents. | Case No. 5:26-cv-04412-RGK-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE<br><br>**Note: Modified by the Court** |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No party has filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that:

(1) Judgment be entered granting the petition for writ of habeas corpus;

(2) a writ of habeas corpus be issued requiring Petitioner Oliver Julien Toussaint's (A# 202-198-612) immediate release from Respondents' ~~custody and preventing his re-detention absent a custody hearing before a neutral arbiter where the government shows justification for his detention~~; and

(3) Respondents shall file a status report no later than three (3) days from the date of this Order confirming that Petitioner has been released from Respondents' custody consistent with this order.

Dated: 8/24/2026

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE